# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fehling, Richard E. | U.S. Bankruptcy Court - ED PA | 10/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

301 Madison Bldg
400 Washington Street
Reading, PA 19601-3915

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Stevens & Lee - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | 10/05/14 | Chicago, Il | Conference | Travel |
| 2. | Allegheny Bar Association | 12/04/14 | Pittsburgh, Pa | Seminar | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Santander Bank | Mortgage on Retal Property North Wildwood, New Jersey - ▓▓▓ | N |
| 2. | Santander Bank | Mortgage on Rental Property - North Wildwood New Jersey - ▓▓▓ | N |
| 3. | American Airlines Citi MC | Credit Card | J |
| 4. | US Air Barclays MC | Credit Card | J |
| 5. | US Air BOA MC | Credit Card | J |
| 6. | American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Santander Bank | | None | J | T | | | | | |
| 2. Customers Bank | | None | J | T | | | | | |
| 3. Customers Bank - X | A | Interest | K | T | | | | | |
| 4. Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 5. TD Waterhouse | A | Int./Div. | J | T | | | | | |
| 6. Microsoft | A | Int./Div. | J | T | | | | | |
| 7. Safeguard Scientific | | None | K | T | | | | | |
| 8. IRA - #1 Richard Fehling (Fidelity Investments) | F | Int./Div. | P1 | T | | | | | |
| 9. - Cisco Sys Inc. | | | | | Sold | 11/18/14 | L | E | |
| 10. - Fidelity Cash Reserves | | | | | | | | | |
| 11. - Coca Cola Inc | | | | | Sold | 11/19/14 | L | E | |
| 12. - Yacktman | | | | | | | | | |
| 13. - Fidelity Intl | | | | | Sold (part) | 03/06/14 | K | D | |
| 14. - Fidelity Small Cap | | | | | Sold (part) | 01/03/14 | L | D | |
| 15. - Fidelity Small Cap (see above) | | | | | Sold (part) | 03/06/14 | K | D | |
| 16. - Fidelity Cap Appr | | | | | | | | | |
| 17. - Fidelity Contra Fund | | | | | Sold (part) | 01/03/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Contra Fund (see above) | | | | | Sold (part) | 03/06/14 | L | E | |
| 19. - Fidelity Balanced Fund | | | | | | | | | |
| 20. - Microsoft | | | | | Sold | 01/01/14 | J | A | |
| 21. - Pimco Low Duration Class D | | | | | Sold (part) | 09/09/14 | L | A | |
| 22. - Pimco Total Return | | | | | Buy (add'l) | 03/10/14 | L | | |
| 23. - Pimco Total Return (see above) | | | | | Sold (part) | 09/09/14 | L | A | |
| 24. - Ford | | | | | Sold | 07/29/14 | M | E | |
| 25. - 3D Systems Corp | | | | | | | | | |
| 26. IRA - #2 (Fidelity Investments) | D | Int./Div. | M | T | | | | | |
| 27. - Fidelity Cash Reserves | | | | | | | | | |
| 28. - Fidelity Growth & Income | | | | | | | | | |
| 29. - Microsoft Corp | | | | | Sold | 11/14/14 | K | D | |
| 30. - Safeguard Scientific Inc | | | | | | | | | |
| 31. - St. Joe Company | | | | | | | | | |
| 32. - Coca Cola | | | | | | | | | |
| 33. - McDonalds Corp | | | | | | | | | |
| 34. - Cisco Systems | | | | | Sold | 11/19/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 401(k)/Pension - #3 (Stevens & Lee) | C | Int./Div. | L | T | | | | | |
| 36. S&L CGH Partnership - Reading, PA | B | Rent | J | U | | | | | |
| 37. S&L VF Partnership - Valley Forge, PA | A | Rent | J | U | | | | | |
| 38. Rental Property #1 - North Wildwood, NJ | A | Rent | O | W | | | | | |
| 39. Rental Property - #2 - North Wildwood, NJ - X | A | Rent | O | R | Buy | 09/26/14 | O | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fehling, Richard E. | 10/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Microsoft was actually totally sold in 2012 - the sale is shown on 2014 Investment Disclosure to show amount of gain. The amount of the holding was less than $1,000.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard E. Fehling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544